UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

**FIELD OF FLOWERS, INC.,**           Case No.: 20-17423-PGH

                                                   Chapter 11

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, FIELD OF FLOWERS, INC., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):
   July 7th, 2020

2. Names, case numbers and dates of filing of related debtors:
   None

3. Description of debtor's business:

   The Debtor is a Retail and Wholesale Flower company which sells in house and via delivery service.

4. Locations of debtor's operations and whether the business premises are leased or owned:

   Florida Leased premises:
   5123 S. University Dr.
   Davie, Florida 33328

   8177 NW Glades Rd.
   Boca Raton, Florida 33434

5. Reasons for filing Chapter 11:

The economic climate, most prominently COVID 19 as well as debt structure

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

Donn F. Flipse – CEO, President, Director- current salary $60,000; 1 year prior $102,500 salary

Clara Duarte- COO- Salary $80,000 per year

Diana C. Flipse- Director/Asst.Secretary

Ellen Flipse Decareau- Director/ Asst. Treasurer

Donn K. Flipse- Director/Secretary

Aly Thompson- Director/ former employee until February 26, 2020 at salary of $69,000 Per year. Ceased paying salary on February 26, 2020

7. Debtor's fiscal year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

2020 $2,854,210
2019 $8,116,562
2018- $8425,750

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   IRS- $27,810 ( Shared Responsibility Payment- Obamacare)

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims,

   American Express Merchant- $130,541

   OnDeck (term loan)- $222,540 ( undersecured)
   OnDeck (Line of Credit)- $103,541( unsecured )

   Celtic Bank (Kabbage) – $121,001 ( unsecured)

   c. Amount of unsecured claims: $1,087,240.76 ( not inclusive of under secured

2

claims)

9. General description and approximate value of the debtor's assets:

The Debtors assets consist of equipment/ furniture valued at approximately $21,600, Accounts Receivable of approximate value of $56,000, cash in bank account at time of filing of $13,961, inventory valued at $66,665.00, Trucks and Automobiles valued $62,000. The Debtor obtained an Appraisal Report form Nation Auction Company.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

General Liability Insurance-Florists Mutual /Hortica, Property and Liability, July 20, 2019-July 20 ,2020 , Business personal Property at Davie location and Boca location, General Liability $1,000,000 per incident, 2,500 deductible and 2% deductible for wind and hail, cyber liability coverage Premium current , $23,139.13 annually, paid monthly

Workers Compensation- Florists Mutual /Hortica, February 5, 2020- February 5, 2020, coverage 500,000 per incident of bodily injury and decease.. Premium current, $61,125 annually paid on monthly basis.

Auto- State Farm covers 10 vehicles, $1,000,000 Combined single limit, $10,000 ( PIP), $1,000 Collision Deductible, $1,000 Comprehensive Deductible

11. Number of employees and amounts of wages owed as of petition date: 54 employees and approximately 4 independent contractors (debtor current on wages and independent contractors). Wages are current aside from the time period from last payroll, June 28, 2020 – July 11.

Status of debtor's payroll and sales tax obligations, if applicable. Current. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

Debtor is current on payroll and sales tax obligations

3

12. Anticipated emergency relief to be requested within 14 days from the petition date:

   1. Emergency Motion to Utilize Cash Collateral
   2. Emergency Application to Retain Gamberg & Abrams as counsel for Debtor
   3. Emergency Motion to Pay Wages

   Signature _____
   Donn F. Flipse, President

   Signature/Thomas L. Abrams, Esq.

   Thomas L. Abrams, Esq.
   633 S. Andrews Ave., #500
   Plantation, FL 33301

   Name and Address of Debtor's Attorney

   764329
   Florida Bar No.

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

4