**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

FIELD OF FLOWERS, INC.,                     Case No. 20-174223-PDR
                                            Chapter 11

    Debtor.
_____/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

    Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

    1. The plan of reorganization in this case was confirmed on November 17, 2020. The plan provided for an approximate <u>12-27 %</u> dividend (Depending on PPP Foregiveness) to unsecured creditors.

    2. The deposit required by the plan has been distributed [and if the debtor is an individual all payments under the plan have been completed or the debtor has filed a motion requesting discharge prior to completion of payments under the plan under 11 U.S.C. §1141(d)(5)] and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

    3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case and the debtor, if an individual, has filed the Local Form "Notice of Deadline to Object to Debtor's Statement Re: 11 U.S.C. §522(q)(1) Applicability, Payment of Domestic Support Obligations, and [For Chapter 11 Cases Only] Applicability of Financial Management Course and Statement Regarding Eligibility to Receive a Discharge".

    4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

$____N/A_____ Trustee Compensation (If trustee received compensation under more than one chapter)

$_____   $_____   $_____   $_____
    Ch. 7                 Ch. 9 or 11           Ch. 12                Ch. 13

$ <u>7326.00</u> Fee for Attorney for Trustee
$ <u>43,126.00</u> Fee for Attorney for Debtor
$ <u>N/A</u>       U.S. Trustee (fees required by 28 U.S.C. §1930)
$ <u>N/A</u>       Clerk of Court (fees required by 28 U.S.C. §1930)
$ <u>N/A</u>       Other Professionals
$ <u>4,745.50</u> ALL expenses, including Trustee's

LF-35 (rev. 12/01/09)

      5.  Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

      The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

      I certify that a copy of this report and attachments was mailed to the U.S. Trustee's office on March 29, 2021.


By: /s/ Thomas L. Abrams, Esq.
Print Name and Title: Thomas L. Abrams, Esq.
Address: 633 S. Andrews Avenue, Suite 500, Ft. Lauderdale, FL 33301
Phone: (954) 523-0900

**EXHIBIT A**

CASE NAME: <u>FIELD OF FLOWERS, INC.</u>

CASE NUMBER: <u>20-17423-PDR</u>

The following payments have been made pursuant to the plan of reorganization:

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN, OR IF INDIVIDUAL CHAPTER 11, ALL PAYMENTS MADE UNDER THE PLAN. SEPARATE CLAIMANTS BY CLASSIFICATION UNDER THE PLAN AND PROVIDE A TOTAL FOR EACH CLASSIFICATION.   LIST THE NAME OF EACH RECIPIENT, AMOUNT OF THE ALLOWED CLAIM AND THE AMOUNT THAT WAS PAID (USE CONTINUATION PAGE IF NECESSARY).

LF-35 (rev. 12/01/09)

# FIELD OF FLOWERS, INC.

## CASE NO. 20-17423-PDR

### LIST OF CREDITORS TO BE PAID PURSUANT TO THE PLAN

The following is a list of creditors as provided for by the plan. These creditors are indicated by class and amount as scheduled or claimed. The dividend to be paid pursuant to the plan is indicated.

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SCHEDULED AND/OR CLAIMED AMOUNT* | FIRST DIVIDEND TO BE PAID PURSUANT TO PLAN | MAILING ADDRESS for DISBURSEMENTS |
|---|---|---|---|---|---|
| 1 | Aly Thompson | 2 | $13,104.25 | $13,104.25 | Aly Thompson<br>c/o Law Offices of Jermaine O'Neill Thompson, P.A.<br>1620 W. Oakland Park Blvd #400<br>Oakland Park, FL 33311 |
| 4 | Aly Thompson (* plus secured portion of Claim 2) | 5 | $46,715.81 | $ 333.23 | Aly Thomspon<br>c/o Law Offices of Jermaine O'Neill Thompson, P.A.<br>1620 W. Oakland Park Blvd #400<br>Oakland Park, FL 33311 |
| 4 | Aly Thompson | 6 | $4,000 | $ 28.53 | Aly Thompson<br>c/o Law Offices of Jermaine O'Neill Thompson, P.A.<br>1620 W. Oakland Park Blvd #400<br>Oakland Park, FL 33311 |
| 2 | American Express National Bank(loan) | 24 | $128,194.00 | $3,671.01 | American Express Bank<br>c/o Becker & Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0701 |
| 4 | American Express National Bank(CC) | 14 | $23,960.09 | $ 170.91 | American Express Bank<br>c/o Becker & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 4 | American Express National Bank(CC) | 15 | $15,988.19 | $ 114.04 | American Express Bank<br>c/o Becker & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 4 | American Express National Bank(CC) | 16 | $38,935.46 | $ 277.74 | American Express Bank<br>c/o Becker & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 4 | American Express Travel Related Services Co. | 7 | $55,227.82 | $ 394.00 | American Express Travel Related Services Co.<br>c/o Becker & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 5 | Bellafor Group | | $246.30 | $ 66.50 | Bellaflor Group<br>1800 NW 89th Place<br>Miami, FL 33172-2635 |
| 4 | Berneckers Nursery | | $2,050.10 | $ 14.62 | Bernecker's Nursery<br>16900 SW 216th Street<br>St. Gould, FL 33170-1897 |
| 5 | BLC Miami Corp/Rabano Bank | | $348.45 | $ 94.08 | BLC Miami Corp<br>Rabobank c/o BLC Miami Corp<br>1525 NW 82nd Ave<br>Doral, FL 33126-1019 |

LF-35 (rev. 12/01/09)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Broward County Tax Collector (115 S. Andrews Avenue*) | 9 | $1,466.49 | $1,466.49 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave A-100<br>Fort Lauderdale, FL 33301-1888 |
| 4 | Celtic Bank/Kabbage | | $121,000.00 | $863.13 | Celtic Bank<br>268 State Street #300<br>Salt Lake City, UT 84111-5314<br><br>Kabbage Funding<br>925 B Peachtree St NE<br>Suite 1688<br>Atlanta, GA 30309 |
| 4 | Choice Farms Corp | 17 | $6,308.48 | $ 45.00 | Choice Farms Corp<br>3785 NW 82 Ave #415<br>Doral, FL 33166 |
| 4 | Citibank, N.A. (THD Commercial #1382) | | $2023.41 | $ 14.43 | Citibank, N.A.<br>11500 NW Ambassador Dr Suite 400<br>Kansas City, MD 64153 |
| 4 | Continental Flowers | 23 | $15,408.52 | $ 109.91 | Euler Hermes Agent for Continental Flowers<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5173 |
| 4 | Deleon's Bromeliads, Inc. | | $3,553.50 | $ 25.35 | Deleon's Bromeliads, Inc.<br>13745 SW 216th Street<br>Miami, FL 33170-2401 |
| 4 | Diana Flipse | | $10,000.00 | $ 71.33 | Diana Flipse<br>100 Edgewater Drive Apt 333<br>Coral Gables, FL 33133-6940 |
| 4 | Donn Frederick Flipse | | $ 904.12 | $ 6.45 | Donn Frederick Flipse<br>c/o Field of Flowers<br>5123 S. University Drive<br>Davie, FL 33328-4503 |
| 4 | Donn K. Flipse | | $50,000.00 | $ 356.67 | Donn Kim Flipse<br>2025 Secoffee Street<br>Miami, FL 33133-3212 |
| 4 | Ellen Flipse Decareau | | $25,000.00 | $ 178.33 | Ellen Flipse Decareau<br>3104 Maywood Ave<br>Austin, TX 78703-1133 |
| 4 | Enterprise Fleet Services | | $5,792.17 | $ 41.32 | Enterprise Fleet Services<br>Accounts Receivable<br>5105 Johnson Street<br>Coconut Creek, FL 33073-3640 |
| 4 | Equiflor Corp | 13 | $50,761.95 | $ 362.10 | Equiflor Corp<br>PO Box 933549<br>Atlanta, GA  31193-3549 |
| 4 | E&A Homes, LLC (Jermaine Thomspon) | 4 | $111,769.74 | $ 797.29 | E & A Homes, LLC c/o<br>Law Offices of Jermaine O'Neill Thompson, P.A.<br>1620 W. Oakland Park Blvd #400<br>Oakland Park, FL 33311 |
| 4 | EZ Flowers, B.V. | | $6,732.90 | $ 48.03 | EZ Flowers B.V.<br>Lockbox 135239<br>PO Box 92170<br>Elk Grove Village, IL 60009-2170 |
| 1 | Florida Department of Revenue | 18 | $36,555.22 | $1,022.23 | Florida Department of Revenue<br>PO Box 8045<br>Tallahassee, FL 32314-8045 |
| 4 | Florida Department of Revenue | 18 | $3,588.64 | $ 25.60 | Florida Department of Revenue<br>PO Box 8045<br>Tallahassee, FL 32314-8045 |
| 5 | Fomento de Contratas SA dba FCC SA | | $247.44 | $ 66.80 | Fomento de Contratas SA<br>dba FCC SA<br>10077 Grogans Mill Rd Suite 466<br>Spring, TX 77380-1022 |

LF-35 (rev. 12/01/09)

| | | | | | |
|---|---|---|---|---|---|
| 4 | Fresca Farms LC | | $18,365.71 | $131.00 | Fresca Farms, LC<br>PO Box 526864<br>Miami, FL 33152-6864 |
| 4 | Galleria Farms, LLC | | $4,684.20 | $33.41 | Galleria Farms, LLC<br>2601 NW 104 Court<br>Doral, FL 33172-2119 |
| 4 | GJL Homes, LLC<br>(Jermaine Thompson) | 3 | $31,895.69 | $227.52 | GJL Homes c/o<br>Law Offices of Jermaine O'Neill Thompson, P.A.<br>1620 W. Oakland Park Blvd #400<br>Oakland Park, FL 33311 |
| 4 | Golden Flowers | | $10,348.18 | $73.82 | Golden Flowers<br>2600 NW 79th Ave<br>Miami, FL 33122-1035 |
| 4 | Hilverda de Boer USA | | $2,191.77 | $15.63 | Hilverda de Boer USA<br>109 Danbury Rd Unit 6<br>Ridgefield, CT 06877-4109 |
| 5 | Holex Flower B.V. | | $667.00 | $180.07 | Holex Flower B.V.<br>PO Box 84201<br>Dallas, TX 75284-2041 |
| 4 | Internal Revenue Service | 11A | $50,000.00 | $356.67 | Internal Revenue Service<br>P.O Box 7317<br>Philadelphia, FL 19101-7317 |
| 1 | Internal Revenue Service | 11 A | $78,041.28* | N/A | Internal Revenue Service<br>P.O Box 7317<br>Philadelphia, FL 19101-7317 |
| 4 | Jermaine Thompson | 1 | $77,500.00 | $552.83 | Law Offices of Jermaine O'Neill Thompson, P.A.<br>1620 W. Oakland Park Blvd #400<br>Oakland Park, FL 33311 |
| 4 | Jet Fresh Flowers Distributors, Inc. | | $3,432.75 | $24.49 | Jet Fresh Flowers Distributors Inc<br>2009 NW 70 Ave<br>Miami, FL 33122-1811 |
| 4 | JP Morgan Chase Bank NA (PPP) | 25 | $551,839.56 | $3,936.45 | JP Morgan Chase Bank NA<br>c/o Paula Morin<br>PO Box 29550 Mail Code AZ1-1025<br>Phoenix, AZ 85038 |
| 4 | JP Morgan Chase Bank, NA s/b/m/t Chase Bank | 12(Amend) | $6,258.66 | $44.65 | JP Morgan Chase Bank NA<br>s/b/m/t Chase Bank USA NA<br>PO Box 15368<br>Wilmington, DE 19850 |
| 5 | Mcshan Abner System Inc. | | $965.00 | $260.55 | Mcshan Abner System Inc<br>10311 Garland Rd.<br>Dallas, TX 75218 |
| 5 | Milner Document Products | | $661.85 | $178.79 | Milner Document Products<br>PO Box 41602<br>Philadelphia, PA 19101 |
| 5 | Milner Inc. | | $235.15 | $63.49 | Milner Inc.<br>PO Box 923197<br>Norcross, GA 30010 |
| 5 | Nashville Wraps | | $635.49 | $171.58 | Nashville Wraps<br>242 Molly Walton Drive<br>Hendersonville, TN 37075-2154 |

LF-35 (rev. 12/01/09)

| | | | | | |
|---|---|---|---|---|---|
| 4 | Native Blooms/Mayta International | | $6,358.25 | $ 45.35 | Native Blooms/Mayta International<br>8925 SW 148th Street Suite 210<br>Palmetto Bay, FL 33176-8084 |
| 5 | Nitel Inc. | | $1,218.97 | $329.12 | Nitel Inc.<br>350 N Orleans Street Suite 1300 N<br>Chicago, IL 60654-1902 |
| 4 | OnDeck(Loan) | 20 | $222,540.29 | $1,587.45 | On Deck Capital, Inc.<br>12 Powder Springs Street, Suite 240<br>Marietta, GA 30064-7205 |
| 3 | OnDeck(LOC) | 19 | $103,541.06 | $2,747.73 | On Deck Capital, Inc.<br>12 Powder Springs Street, Suite 240<br>Marietta, GA 30064-7205 |
| 4 | PayPal | | $25,201.36 | $179.77 | Pay Pal<br>2211 North 1st Street<br>San Jose, CA 95131-2021 |
| 5 | Penang Nursery Inc. | | $1,060.20 | $286.25 | Penang Nursery Inc<br>PO Box 1658<br>Apopka, FL 32704-1658 |
| 5 | Quill | 8 | $388.87 | $104.99 | Quill Corp.<br>PO Box 37600<br>Philadelphia, PA 19101 |
| 5 | Recycled Paper Greetings | | $1,249.03 | $337.23 | Recycled Paper Greetings<br>3613 Solution Center<br>Chicago, IL 60677-3006 |
| 4 | RFI | 10 | $148,284.88 | $1,057.76 | Royal Flowers, Inc.<br>c/o Allison L. Friedman, Esq.<br>20533 Biscayne Blvd #4-435<br>Aventura, FL 33180-1529 |
| 5 | ROI Garden | | $1,382.90 | $373.39 | ROI Gardens<br>2440 NW 116 St Suite 300<br>Miami, FL 33167-0005 |
| 4 | Rumhora Greens LLC | | $12,229.00 | $ 87.23 | Rumhora Greens LLC<br>2720 NW 72 Ave<br>Miami FL 33122-1308 |
| 4 | Simpson's Greens | 28 | $1,548.70 | $ 11.04 | Simpson's Greens & Flora Dist<br>8301 NW 30th Terrace<br>Doral, FL 33122-1916 |
| 4 | Smithers-Oasis | | $11,155.84 | $ 79.58 | Smithers-Oasis<br>c/o Tracy Lovejoy-Smithers Oasis<br>POB 745<br>Kent, OH 144240-0014 |
| 4 | Sofi's Flowers | | $10,148.42 | $ 72.39 | Sofi's Flower<br>7250 NW 35 Terrace<br>Miami, FL 33122-1356 |
| 4 | Sunburst Farms, Inc. | | $10,658.56 | $ 76.03 | Sunburst Farms, Inc.<br>c/o Nancy Desmangles<br>2200 NW 70 Ave<br>Miami, FL 33122-1816 |
| 4 | Syndicate Sales, Inc. | | $4,244.66 | $ 30.28 | Syndicate Sales, Inc<br>2025 North Wabash Ave<br>Kokomo, IN 46901-2063 |
| 4 | The Queens Flowers | | $11,196.00 | $ 79.86 | The Queens Flowers<br>7001 NW 25 Street<br>Miami, FL 33122-1807 |
| 4 | Tradewinds International | 21 | $6,701.75 | $ 47.80 | Tradewinds International<br>2506 Pioneer Ave<br>Vista, CA 92081 |
| 4 | U.S. Greens Corp | | $5,079.05 | $ 36.23 | U.S. Greens Corp |

LF-35 (rev. 12/01/09)

|   |                            |    |           |          |                                                                          |
|---|----------------------------|----|-----------|----------|--------------------------------------------------------------------------|
|   |                            |    |           |          | 3360 NW 67th Ave Suite 760<br>Miami, FL 33122                            |
| 4 | Universal Greens & Flowers |    | $3,217.35 | $ 22.95  | Universal Green & Flowers<br>8899 NW 18 Terrace<br>Miami, FL 33172-2616  |
| 5 | Waste Management DV (2)    |    | $1,206.56 | $325.77  | Waste Management DV (2)<br>Lane West<br>Hampton, NH 03842                |
| 5 | Westrock                   | 26 | $345.59   | $ 93.30  | WestRock<br>3950 Shackleford RD<br>Duluth, GA 30096-1855                 |
| 4 | Worldwide Orchids          |    | $2,351.25 | $16.77   | Worldwide Orchids<br>PO Box 2188<br>Apopka, FL 32704-2188                |

***As to secured creditors, it is the amount provided under the Plan.*

***Subject to objection-payments due were timely made.*

****Disbursement of JPMorgan Chase's Claim 25, PPP Loan to be held until forgiveness of loan determined.*

LF-35 (rev. 12/01/09)