## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                        |
                                              |
FIELD OF FLOWERS, INC.,                       |        20-17423-PGH
                                              |
    Debtor.                              |
_____           |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

**I, Maria M. Yip,** having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.  A plan was confirmed on November 17, 2020.  No plan payments were made to the trustee.  According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a) [or 28 U.S.C. 586(e)(5), as applicable], on November 2, 2020 the Court ordered compensation of $7,499.90 be awarded to the trustee.  These funds were paid by the debtor to the trustee on November 9, 2020.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.

Dated: October 7, 2021                        By: /S/ *Maria M. Yip, Trustee*
                                                                                    Maria M. Yip, Trustee
                                                                                     2 S. Biscayne Blvd, Suite 2690
                                                                                     Miami, FL 33131
                                                                                     (T) (305) 908-1862
                                                                                     Email: trustee@yipcpa.com

STATEMENT: This uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR D